U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

MAY 26 2010

FILED

United States of America

   v.                                     Cr. No. 02-82-PB

Richard Malinowski

ORDER TO SHOW CAUSE

   Upon Request of Plaintiff, the United States of America, it is

   ORDERED that the defendant, Richard Malinowski, appear at the United States District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire on the 8th day of July, 2010, at 9:30 a.m to show cause why he should not be found in civil contempt of Court for failure to obey a lawful order of this Court entered on May 7, 2010. It is further

   ORDERED that a copy of this Order, together with the United States' Request for Order to Show Cause, be personally served upon the defendant on or before June 18, 2010.

   Dated at Concord, New Hampshire, this 26 day of May, 2010.

                                          _____
                                          U.S. Magistrate Judge